In the Matter of VINCENT L. FALOTICO et al., Appellants, against ANDREW G. CLAUSON et al., Constituting the Board of Education of the City of New York, Respondents.

In the Matter of BENJAMIN HARRIS, Appellant, against ANDREW G. CLAUSON et al., Constituting the Board of Education of the City of New York, Respondents.

Argued November 13, 1950; decided March 1, 1951.

*John F. X. Browne* for appellants.

*John P. McGrath, Corporation Counsel (Morris Weissberg, Seymour B. Quel* and *Michael A. Castaldi* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: CONWAY, J.